IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WILLIAMS, | : | CIVIL NO. 3:CV-14-1264 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN, SCI-DALLAS, | : | |
| Respondent | : | |

## ORDER

**AND NOW,** to wit, this <u>7th</u> day of August 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court